IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DONNIE D. ESHELMAN, :

    Plaintiff, :

                                                Case No. 3:16cv00345

vs. :

                                                District Judge Walter H. Rice

MESSER CONSTRUCTION CO., : Magistrate Judge Sharon L. Ovington

    Defendant. :

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #10), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on May 19, 2017 (Doc. #10) is ADOPTED in full;

2. Defendant's Motion to Dismiss for Failure to Prosecute (Doc. #8) is granted and Plaintiff's Complaint is dismissed without prejudice; and

3. The case is terminated on the Court's docket.

                                                          Walter H. Rice
                                                 United States District Judge